JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Vincent Ward, | NO. CV 10-09373 SJO (RZx) |
| Plaintiff, | |
| | **JUDGMENT** |
| v. | |
| City of Santa Barbara, City of Santa Barbara Police Department, and Officer Mark Hunt | |
| Defendants. | |

This action came before the Court on Defendants City of Santa Barbara, City of Santa Barbara Police Department, and Officer Mark Hunt's ("Defendants") Motion for Summary Judgment. Having carefully considered all the pleadings, documentary evidence, and arguments,

///
///
///
///

1     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Motion for
2 Summary Judgment is granted.  Plaintiff Vincent Ward shall take nothing by way of his Complaint
3 in this matter, and the action is dismissed on the merits as against all Defendants.  Parties are to
4 bear their own costs.
5     IT IS SO ADJUDGED.

7 Dated: December 13, 2011.

*/s/ S. James Otero*

                S. JAMES OTERO
       UNITED STATES DISTRICT JUDGE